[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
July 30, 2009
THOMAS K. KAHN
CLERK

_____

No. 09-10258
Non-Argument Calendar

_____

D. C. Docket No. 08-00268-CR-2-KOB-RRA

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JESSE CRAIG MCKINNEY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(July 30, 2009)

Before DUBINA, Chief Judge, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Alison Wallace, appointed counsel for Jesse Craig McKinney in this direct criminal appeal, has moved to withdraw from further representation and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is **GRANTED**, and McKinney's convictions and sentences are **AFFIRMED**.